IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD K. HOLTE,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>    Defendant. | 8:23CV534<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Notice of Dismissal with Prejudice (Filing No. 26). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to bear its own costs.

Dated this 21st day of February, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge